

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
11/03/2016

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| SHORELINE ENERGY LLC, a Delaware limited liability company, | : | Case No. 16-35571 (DRJ) |
| Debtor. | : | |
| Tax Identification No.: 20-4832777 | : | |

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| HARVEST DEVELOPMENT LLC, a Delaware limited liability company, | : | Case No. 16-35572 (DRJ) |
| Debtor. | : | |
| Tax Identification No.: 20-8672703 | : | |

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| SHORELINE CENTRAL CORPORATION, a Delaware corporation, | : | Case No. 16-35573 (DRJ) |
| Debtor. | : | |
| Tax Identification No.: 45-4831579 | : | |

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| SHORELINE EH LLC, a Delaware limited liability company, | : | Case No. 16-35574 (DRJ) |
| Debtor. | : | |
| Tax Identification No.: 47-1906570 | : | |

NAI-1501831689v4

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| SHORELINE ENERGY PARTNERS, LP,<br>a Delaware limited partnership, | : | Case No. 16-35576 (DRJ) |
| Debtor. | : | |
| Tax Identification No.: 27-3795035 | : | |

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| SHORELINE GP LLC,<br>a Delaware limited liability company, | : | Case No. 16-35577 (DRJ) |
| Debtor. | : | |
| Tax Identification No.: 27-3785184 | : | |

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| SHORELINE OFFSHORE LLC,<br>a Delaware limited liability company, | : | Case No. 16-35578 (DRJ) |
| Debtor. | : | |
| Tax Identification No.: 26-4692882 | : | |

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| SHORELINE SOUTHEAST LLC,<br>a Delaware limited liability company, | : | Case No. 16-35579 (DRJ) |
| Debtor. | : | |
| Tax Identification No.: 20-4910562 | : | |

NAI-1501831689v4

**ORDER DIRECTING THE JOINT
ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**
(Docket No. 2)

The Court having reviewed the Debtors' Emergency Motion for an Order Directing the Joint Administration of Their Chapter 11 Cases and the First Day Declaration;[1] the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); after due deliberation the Court having determined that the relief requested in the Motion is in the best interests of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), their estates and their creditors; and good and sufficient cause having been shown;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The above-captioned chapter 11 cases shall be consolidated for procedural purposes only and shall be administered jointly. The Clerk of the Court shall maintain one file and one docket for all of these jointly administered cases, which file and docket for each respective chapter 11 case shall be the file and docket for Shoreline Energy LLC (the "Main Case"), Case No. 16-35571 (DRJ). Additionally, the following checked items are ordered:

   1. __X__   One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

   2. __X__   Case Nos. 16-35572, 16-35573, 16-35574, 16-35576, 16-35577, 16-35578 and 16-35579 shall be transferred to Judge David R. Jones, who has the lower numbered case.

   3. __X__   Parties may request joint hearings on matters pending in any of the jointly administered cases.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

NAI-1501831689v4

4. __X__   Other: see below.

3. Parties in interest are directed to use the Proposed Caption annexed hereto as <u>Exhibit 1</u> when filing pleadings with the Court in the chapter 11 cases of the Debtors indicating that the pleading relates to the jointly administered chapter 11 cases of "Shoreline Energy LLC, *et al*." The consolidated caption satisfies the requirements of section 342(c) of the Bankruptcy Code in all respects.

4. Except for the docket in the Main Case, an entry shall be made on the docket in each of the other above-captioned cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of: Shoreline Energy LLC; Shoreline Southeast LLC; Shoreline Offshore LLC; Harvest Development LLC; Shoreline GP LLC; Shoreline Central Corporation; Shoreline Energy Partners, LP; and Shoreline EH LLC. The docket of Shoreline Energy LLC in Case No. 16-35571 (DRJ) should be consulted for all matters affecting this case.

5. The Motion and the Proposed Order satisfy the requirements set forth under Bankruptcy Local Rule 1015-1.

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effectuating a substantive consolidation of the above captioned chapter 11 cases.

**Signed:  November 03, 2016.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

**<u>EXHIBIT 1</u>**

NAI-1501831689v4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SHORELINE ENERGY LLC, *et al.*,[1] | : | Case No. 16-35571 (DRJ) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**[TITLE OF PLEADING OR OTHER DOCUMENT]**

---

[1] The Debtors are the following eight entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Shoreline Energy LLC (2777); Shoreline Southeast LLC (0562); Shoreline Offshore LLC (2882); Harvest Development LLC (2703); Shoreline GP LLC (5184); Shoreline Central Corporation (1579); Shoreline Energy Partners, LP (5035); Shoreline EH LLC (6570).  The address of each of the Debtors is 16801 Greenspoint Park Drive #380, Houston, Texas 77060.

NAI-1501831689v4